IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS GAINES,<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>DARRELL G. ADAMS, WARDEN, et al.,<br><br>　　　　　　　　　　　　Respondent. | CIV S-04-0018 FCD GGH P<br><br>**ORDER** |

　　　　This Court hereby grants Respondent's requests for an additional ten (10) days to obtain the records or declaration, and a corresponding additional ten (10) days for simultaneous post-evidentiary hearing briefing.

IT IS SO ORDERED:

Dated: 8/30/05

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ga18.eot