IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIUS GAINES,

    Petitioner,             No. CIV S-04-0018 FCD GGH P

    vs.

DARRELL G. ADAMS, et al.,

    Respondents.        ORDER

_____/

        The court hereby orders preparation of the transcript of the evidentiary hearing in the above-captioned case which was held on July 26, 2005 and August 2, 2005.  Pursuant to 28 U.S.C. § 2250, the Clerk shall then supply a copy of the transcript to petitioner's counsel, free of charge, forthwith.

DATED:  9/7/05

                                    /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

GGH:035
gain0018.trs