IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIUS GAINES,

    Petitioner,                      No. CIV S-04-0018 FCD GGH P

    vs.

DARRELL ADAMS, et al.,

    Respondent.              <u>ORDER</u>

         Petitioner, a state prisoner proceeding, has timely filed a notice of appeal of this court's November 16, 2006, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

         A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

         A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford,</u>

1

1   290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

2   Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: 1) the trial court failed to obtain a factual basis for petitioner's plea prior to its entry; 2) the trial court failed to advise petitioner of the consequences of his plea bargain; 3) the trial court erred in permitting petitioner to enter a plea bargain which violated the prohibition against double jeopardy; 4) petitioner's sentence violated the prohibition against double jeopardy; 5) ineffective assistance of counsel; 6) Miranda violation.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: December 4, 2006.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.